ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, PAUL & NYBERG, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Proposed Attorneys for Debtors-In-Possession
Fred Koelling and Linda Koelling

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | **Case No. 04-46443 T11**<br>**Chapter 11** |
| **FRED AND LINDA KOELLING,** | |
| **Debtors.** | |
| **QMECT, INC., dba ELECTROCHEM, a California Corporation, FRED KOELLING, an individual, and LINDA KOELLING, an individual,** | **Adversary Proceeding**<br>**No. 04-4366** |
| **Plaintiffs,** | |
| vs. | **NOTICE OF RELATED ADVERSARY PROCEEDING** |
| **ROBERT D. JUDSON, JR., et al.** | |
| **Defendants.** | |

**PLEASE TAKE NOTICE** that the above-caption adversary proceeding is related to adversary proceeding 04-4365 styled Burlingame Capital Partners II, L.P., and Electrochem Funding, LLC versus Fred Koelling, an individual and Linda Koelling an individual. Said related case was removed to the bankruptcy court on December 3, 2004 and is pending in the United States Bankruptcy Court for the Norther District of California. The above-caption adversary proceeding is also related to adversary proceeding 04-4190 AT styled Qmect, Inc. dba Electrochem, California Corporation v. Burlingame

Kornfield, Paul & Nyberg, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

Notice of Related Adversary Proceeding

Capital Partners II, et al. Said case is pending in the United States Bankruptcy Court for the Northern District of California.

Dated: December 8, 2004       KORNFIELD, PAUL & NYBERG, P.C.


By: ERIC A. NYBERG /s/
   Attorneys for Debtors-In-Possession

Kornfield, Paul & Nyberg, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

Case: 04-04366 Doc# 3 Filed: 12/08/04 Entered: 12/08/04 15:07:49 Page 2 of 2