Tobias S. Keller (CA Bar No. 151445)
Ramon M. Naguiat (CA Bar No. 209271)
Gabrielle Albert Rohwer, (CA Bar No. 190895)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES
     & WEINTRAUB P.C.
Three Embarcadero Center, Suite 1020
San Francisco, California  94111-4023
Telephone: 415/263-7000
Facsimile:  415/263-7010

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
Three Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone:  (415) 837-1515
Facsimile:  (415) 837-1516

Attorneys for Burlingame Capital Partners II, L.P.
and Electrochem Funding, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 04-46443-T11 |
| **FRED and LINDA KOELLING,** | Chapter 11 |
| Debtors. | |
| **QMECT, INC., dba ELECTROCHEM, a California Corporation, FRED KOELLING, an individual, and LINDA KOELLING, an individual,** | Adv. Proc. No.:  04-04366 AT |
| Plaintiffs, | **MOTION FOR REMAND OF REMOVED ACTION** |
| vs. | |
| **ROBERT D. JUDSON, JR., JANICE H. JUDSON, SIERRA FINANCIAL GROUP, INC., BURLINGAME CAPITAL PARTNERS II, BURLINGAME CAPITAL, LLC, BURLINGAME CAPITAL MANAGEMENT, LLC** | |
| Defendants. | |

Case: 04-04366   Doc# 7   Filed: 01/07/05   Entered: 01/07/05 18:09:36   Page 1 of 2

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P. C.
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Burlingame Capital Partners II, L.P., a defendant in the above-captioned adversary proceeding, hereby moves the Court (the "Motion"), pursuant to 28 U.S.C. § 1452(b), for an order remanding the above-referenced action in its entirety to the Superior Court of the State of California for the County of San Mateo.  The grounds for this Motion are set forth in the *Motion of Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC for Dismissal or, in the Alternative, Relief from the Automatic Stay*, and the pleadings in support thereof, filed in the above-captioned chapter 11 bankruptcy case on December 22, 2004.

WHEREFORE, for the reasons set forth in the Motion and related pleadings, the defendants request that the Court issue an order remanding the above-captioned action in its entirety to the Superior Court of the State of California, and granting such other and further relief as the Court deems just and proper.

Dated:   January 7, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

By     *Ramon M. Naguiat*
Ramon M. Naguiat
Attorneys for Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P. C.
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA