**ORIGINAL**

Mark Martel (State Bar No. 147970)
Attorney At Law
425 Sherman Ave. #330
Palo Alto, CA 94306
(650) 470-2650
Attorney for Cross-Defendants
Kids Connection, Inc.; Edward O. Mehrfar;
Alternative Capital Strategies; and Robert McNeil



# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>FRED AND LINDA KOELLING<br><br>Debtors. | Case No. 04-46443-LT11<br><br>Chapter 11 |
| QMECT, INC., dba ELECTROCHEM, a California corporation, Fred Koelling, an individual, and Linda Koelling, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>Robert D. Judson, Jr., an individual; Janice H. Judson, an individual; Sierra Financial Group, Inc., a California Corporation; Burlingame Capita Partners II, Inc., a Delaware limited partnership; Burlingame Capital, LLC, a Delaware limited liability company; Burlingame Capital Management, LLC, a California limited liability company,<br><br>Defendants. | Adv. Proc. No. 04-04366 AT<br><br>**JOINDER OF CROSS-DEFENDANTS KIDS CONNECTION, EDWARD MEHRFAR, ALTERNATIVE CAPITAL STRATEGIES, AND ROBERT McNEIL IN JOINT MOTION TO CONSOLIDATE ADVERSARY PROCEEDINGS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 7042(a)** |
| AND RELATED CROSS ACTION | Date: January 20, 2005<br>Time: 2:00 p.m.<br>Dept: Room 201<br>Judge: Hon. Leslie Tchaikovsky |

Cross-defendants Kids Connection, Inc.; Alternative Capital Strategies; Edward Mehrfar; and Robert McNeil join in the joint motion of QMECT, Inc. dba Electrochem and Fred and Linda Koelling to consolidate the adversary proceedings in their respective bankruptcy matters. These cross-defendants join in the motion because they believe consolidation will expedite and reduce the cost of resolving the claims in the adversary proceedings.

Dated: January 13, 2005

*MARK MARTEL*
_____
Mark Martel
Attorney for Cross-Defendants
Kids Connection, Inc.; Alternative Capital Strategies
Edward Mehrfar; and Robert Mcneil

# PROOF OF SERVICE

I am a resident of the United States and I reside in the county of San Mateo. I am over the age of eighteen years and not a party to this action. My business address is 425 Sherman Avenue, Suite 330. Palo Alto, CA 94306. On January 14, 2005 I served the following documents:

**Joinder of Cross-Defendants Kids Connection, Edward Mehrfar, Alternative Capital Strategies, And Robert Mcneil In Joint Motion To Consolidate Adversary Proceedings**

by depositing the document in the U.S. mail, with first-class postage prepaid, addressed as follows:

Robert R. Moore
Allen, Matkins, Leck. Gamble & Mallory LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111

Tobias S. Keller
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
Three Embarcadero Center, Suite 1020
San Francisco, CA 94111

Eric Nyberg
Kornfield, Paul & Nyberg, PC
1999 Harrison Street, Suite 2675
Oakland, CA 94612

Paul Manasian
Manasian & Rougeau
400 Montgomery Street, #1000
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Palo Alto, California, on January 14, 2005.

Ximena Martel

Case: 04-04366   Doc# 18   Filed: 01/14/05   Entered: 01/19/05 11:28:44   Page 3 of 3