Tobias S. Keller (CA Bar No. 151445)
Ramon M. Naguiat (CA Bar No. 209271)
Gabrielle Albert Rohwer, (CA Bar No. 190895)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES
    & WEINTRAUB P.C.
Three Embarcadero Center, Suite 1020
San Francisco, California  94111-4023
Telephone: 415/263-7000
Facsimile:  415/263-7010

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
Three Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone:  (415) 837-1515
Facsimile:  (415) 837-1516

Attorneys for Burlingame Capital Partners II, L.P.
and Electrochem Funding, LLC

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 04-46443-T11 |
| **FRED and LINDA KOELLING,** | Chapter 11 |
| Debtors. | |
| **QMECT, INC., dba ELECTROCHEM, a California Corporation, FRED KOELLING, an individual, and LINDA KOELLING, an individual,** | Adv. Proc. No.:  04-04366 AT |
| Plaintiffs, | **LENDERS' RESPONSE TO STATEMENT OF DEBTOR RE "ROADMAP" FOR MOTION TO CONSOLIDATE** |
| vs. | Date:      January 28, 2005<br>Time:      9:30 a.m.<br>Location:  Courtroom 201<br>            1300 Clay Street<br>            Oakland, California |
| **ROBERT D. JUDSON, JR., JANICE H. JUDSON, SIERRA FINANCIAL GROUP, INC., BURLINGAME CAPITAL PARTNERS II, BURLINGAME CAPITAL, LLC, BURLINGAME CAPITAL MANAGEMENT, LLC,** | |
| Defendants. | Before the Honorable Leslie Tchaikovsky |

Burlingame Capital Partners II, L.P. and Electrochem Funding LLC, defendants in the above-captioned adversary proceeding (the "Defendants"), hereby respond to the Statement of Debtor re "Roadmap" for motion to consolidate.

The Lenders' primary position is that each of what are identified in the Roadmap as "Actions A and B" should be remanded to the San Mateo Superior Court for determination and that relief from stay, to the extent required, should be granted as to these actions. The Lenders' responses as set forth herein do not constitute consent to the Bankruptcy Court retaining jurisdiction over either of these actions or a waiver of the Lenders' rights in those actions.

The Lenders' further positions are set forth in Exhibit A, the Lenders' comments on the Debtor's Roadmap, annotated to indicate the Lenders' position as to each statement made by the Debtor.

WHEREFORE, the Defendants respectfully request that the Bankruptcy Court remand the removed cases to San Mateo Superior Court in their entirety for determination as to liability, grant relief from stay to the Lenders to proceed through judgment in the foregoing actions (but not to enforce their remedies against the Debtor or the Koellings), and deny the motion for consolidation.

Dated: January 28, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

By    *Tobias S. Keller*

Tobias S. Keller
Attorneys for Burlingame Capital Partners
II, L.P. and Electrochem Funding, LLC

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P. C.
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA